1  Jason A. Geller (CA SBN 168149)
   jgeller@fisherphillips.com
2  Juan C. Araneda (CA SBN 213041)
   jaraneda@fisherphillips.com
3  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2050
4  San Francisco, CA 94111
   Telephone: 415/490-9000
5  Facsimile: 415/490-9001

6  Attorneys for Defendant
   WALMART INC.
7

8  Michael J. Reed, Esq. (CA SBN 122324)
   mreed10202@aol.com
9  Attorney At Law
   60 Creek Tree Lane
10 Alamo, California 94507
   Telephone: 925/743-8353
11 Facsimile: 734/468-6168

12 Attorneys for Plaintiff
   LOIDA MAYO
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 17  LOIDA MAYO,<br>18              Plaintiff,<br>19       vs.<br>20<br>21  WALMART INC. AND DOES 1-50,<br>22              Defendants. | Case No.: 3:20-cv-06899-RS<br><br>[*Removed from Contra Costa County Superior Court, Case No. C20-01796*]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii); ORDER**<br><br>Complaint Filed:  September 3, 2020<br>Removal Date:    October 2, 2020<br>Trial Date:      August 8, 2022 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff LOIDA MAYO and Defendant WALMART INC., by and through their respective attorneys of record, that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE in its entirety and with respect to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties further stipulate that each party shall bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED:  June 14, 2021                FISHER & PHILLIPS LLP


By:     /s/Juan C. Araneda
        Jason A. Geller
        Juan C. Araneda
        Attorneys for Defendant WALMART INC.

DATED:  June 14, 2021                MICHAEL J. REED-ATTORNEY AT LAW


By:     /s/Michael J. Reed
        Michael J. Reed, Esq.
        Attorneys for Plaintiff LOIDA MAYO


**DECLARATION OF CONSENT**

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the above-listed counsel for Plaintiff Loida Mayo.


DATE:  June 14, 2021                    /s/Juan C. Araneda
                                        Juan C. Araneda

**ORDER**

The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice. The Clerk shall close this file.

Dated: June 14, 2021

_____
RICHARD SEEBORG
United States District Judge